

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Donald McKinley,

Vs. No. 11-14-00170-CR

The State of Texas,

\* From the 161st District
Court of Ector County,
Trial Court No. B-41,729.

\* July 17, 2014

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.